**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 3, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-01167-CV

---

## CATHY X. CLARK, ROSS A. CLARK AND HUA XU, Appellants

## V.

## CHARLES HAMMOND, III, Appellee

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2012-43081**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 4, 2013. On March 11, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.